01-15-00636-CR



# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

July 21, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 11:26:14 AM
CHRISTOPHER A. PRINE
Clerk

JOSEPH WILLIAM VARELA
ATTORNEY OF RECORD
2500 EAST TC JESTER
HOUSTON, TEXAS 77008

Defendant's Name: IRVIN NOTIAS

Cause No: 1409330

Court: 232ND

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 07/14/2015
**Sentence Imposed Date:** 07/14/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** JOSEPH WILLIAM VARELA

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

ARLENE WEBB (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 140933 0

# THE STATE OF TEXAS

v.

, A/K/A/ Irvin Notias

272 District Court / County Criminal Court at Law No. _____

## Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On __7/14/15__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

__7/14/15__
**Date**

**Attorney (Signature)**

Irvin Notias
**Defendant (Printed name)**

**FILED**
Chris Daniel
District Clerk

JUL 14 2015

Time: _____
Harris County, Texas

By_____
Deputy

Attorney (Printed name) Michael E. Trent
11621 Spring Cypress Road, Suite C
State Bar Number Tomball, Texas 77377
Voice: 832-698-4594
Fax: 832-698-4740
**Address**   Mobile: 713-775-1375
Email: TRENTFFL@GMAIL.COM
SBOT No 00791814

**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X_____
**Defendant (Signature)**

Irvin Notias
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON JUL 14 2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___JUL 1 4 2015___ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☒ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☒ employing counsel or paying for a clerk's and court reporter's record.

The Court ORDERS that

☒ Counsel's motion to withdraw is GRANTED / ~~DENIED.~~

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☒ Defendant's / appellant's motion is GRANTED and
    ☒ _JOE VARELA BAR# 20496400_, _SPN# 70496400_ (attorney's name & bar card number)
    is APPOINTED to represent defendant / appellant on appeal.

☒ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☒ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: ___JUL 1 4 2015___

JUDGE PRESIDING,
_232_ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

Cause No. 1409330

# THE STATE OF TEXAS

IRVIN NOTIAS , A/K/A/ _____

V.

232nd District Court / County Criminal Court at Law No. _____

## Harris County, Texas

## OATH OF APPOINTED ATTORNEY ON APPEAL

I, JOSEPH W. VARELA , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to perform my duties as appellate counsel, I will notify the Court immediately so that the Court may take the appropriate action as deemed necessary.

_____
Attorney at-Law (Signature)

2500 EAST TC JESTER
Address

713-557-0440
Phone

20496400 / 70456400
BAR Number / SPN

Houston * 77008
City / State / Zip

713-557-2862
FAX

SWORN TO AND SUBSCRIBED BEFORE ME ON **JUL 1 4 2015**

By Deputy District Clerk of Harris County, Texas _____




Cause No. 1409330

THE STATE OF TEXAS

v.

Irvin Notres , Defendant

IN THE _____ DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [x] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

_____          7-14-2015
Judge                                     Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____          _____
Defendant                                 Defendant's Counsel

**FILED**
Chris Daniel
District Clerk

JUL 14 2015

Harris County, Texas

By _____
Deputy

Mailing Address: _____

Telephone number: Time: _____

Fax number (if any): _____

State Bar of Texas ID number: _____

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

**CLERK**                                 9/1/2011

# APPEAL CARD

Court _232nd_   DUI: 9-12-15   1st

Cause No. _1409330_

The State of Texas
Vs
_Irvin Natias_

7-14-15

**Date Notice Of Appeal:** _07/14/2015_

**Presentation:**     Vol._____ Pg._____

**Judgment:**     Vol._____ Pg._____

**Judge Presiding** _Judge Keel_

**Court Reporter** _Arlene Webb_

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial** _Tom Lewis_

**Attorney on Appeal** _Joe Varela_

Appointed _X_ Hired_____

**Offense** _Agg Robbery - Deadly weapon_

**Jury Trial**     Yes _X_ No_____

**Punishment Assessed** _40 years TDC_

**Companion Cases (If Known)** _N/A_

**Amount of Appeal Bond** _No Bond_

**Appellant Confined:**     Yes _X_ No_____

**Date Submitted To Appeal Section** _07/17/2015_   997

**Deputy Clerk**_____